**MOORE'S ADM'R, Movant, v. MOORE, Next Friend of the Four Infant Children of Willie Moore, Deceased, Opposed.**

Court of Appeals of Kentucky.

April 27, 1937.

LEWIS L. SCOTT for movant.

S. Y. TRIMBLE, IV., opposed.

PER CURIAM.

Appeal denied; judgment affirmed.

**WENZELL, Movant, v. TAYLOR, Opposed.**

Court of Appeals of Kentucky.

April 30, 1937.

JOHN A. HUFFAKER for movant.

L. D. GREENE, opposed.

PER CURIAM.

Appeal denied; judgment affirmed.

**BROWN et al., Movant, v. KENTUCKY TITLE TRUST COMPANY, Opposed.**

Court of Appeals of Kentucky.

May 7, 1937.

H. O. WILLIAMS for movant.

OSCAR O. BADER and SELLIGMAN, GOLDSMITH, EVERHART & GREENEBAUM, opposed.

PER CURIAM.

Appeal denied; judgment affirmed.